USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Milton Barbecho, et al.,

                Petitioners,

    –v–

Thomas Decker, et al.,

                Respondents.

20-cv-2821 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Petitioners' application for an order to show cause and preliminary injunction and temporary restraining order filed on April 8, 2020. *See* Dkt. No. 3. The parties shall meet and confer and submit a proposed briefing schedule and time for a teleconference hearing on Petitioners' application by April 8, 2020 at 7 p.m. If the parties are unable to reach agreement, they shall submit their respective proposals separately by that time.

    The Court is available for a teleconference hearing in the afternoon of April 9, 2020 or on April 10, 2020.

    SO ORDERED.

Dated: April __8__, 2020
       New York, New York

                              _____
                                ALISON J. NATHAN
                              United States District Judge