UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Milton Barbecho, et al.,

                Petitioners,

     –v–

Thomas Decker, et al.,

                Respondents.

20-cv-2821 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

       The Court hereby adopts the parties' proposed briefing schedule. *See* Dkt. No. 6.

       A hearing on Petitioners' application for an order to show cause and preliminary injunction and temporary restraining order is hereby scheduled for April 10, 2020 at 12:00 p.m. The hearing will be held by telephone.

       At 12:00 p.m. on April 10, 2020, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key.

       SO ORDERED.

Dated: April 8, 2020
       New York, New York

                                                _____
                                                  ALISON J. NATHAN
                                            United States District Judge