USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton Barbecho, et al., <br><br> Petitioners, <br><br> –v– <br><br> Thomas Decker, et al., <br><br> Respondents. | 20-cv-2821 (AJN) <br><br> ORDER |

ALISON J. NATHAN, District Judge:

By April 27, 2020 at 6 p.m., the parties shall submit a joint letter informing the Court whether they seek an evidentiary hearing on Petitioners' motion for a preliminary injunction or whether they consent to the motion being resolved on the papers, with oral argument if needed.

SO ORDERED.


Dated: April 27, 2020
    New York, New York

_____
ALISON J. NATHAN
United States District Judge