UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Milton Barbecho, et al.,

                Petitioners,

      –v–

Thomas Decker, et al.,

                Respondents.

20-cv-2821 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court, having considered the parties' positions in response to its order to show cause why the temporary restraining order should not be converted to a preliminary injunction, *see* Dkt. No. 20, hereby ORDERS that the TRO shall remain in effect until May 12, 2020.

      The Court finds that good cause exists under Rule 65(b)(2) of the Federal Rules of Civil Procedure to extend the TRO for an additional 14 days, because such time will allow the Court to consider the record and because the extension is supported by the reasons stated in the Court's decision granting the TRO.

      SO ORDERED.

Dated: April 28, 2020
       New York, New York

                              ALISON J. NATHAN
                              United States District Judge