USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton Barbecho, et al.,<br><br>      Petitioners,<br><br>  –v–<br><br>Thomas Decker, et al.,<br><br>      Respondents. | 20-cv-2821 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

  The Court is in receipt of Petitioners' application for an order to show cause and preliminary injunction and temporary restraining order with respect to Petitioners Diaz, Garcia Alejo, Olaya Lugo, and Molina filed on May 7, 2020. *See* Dkt. No. 37. The parties shall meet and confer and submit a proposed briefing schedule and availability for a teleconference hearing on Petitioners' application by May 7, 2020 at 9 p.m. If the parties are unable to reach agreement, they shall submit their respective proposals separately by that time.

  SO ORDERED.

Dated: May 7, 2020
   New York, New York

                  _____
                    ALISON J. NATHAN
                   United States District Judge