USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Milton Barbecho, et al., | |
| Petitioners, | 20-cv-2821 (AJN) |
| –v– | ORDER |
| Thomas Decker, et al., | |
| Respondents. | |

ALISON J. NATHAN, District Judge:

    By May 10, 2020 at 8 p.m., the parties shall submit a joint letter informing the Court whether they seek an evidentiary hearing on Petitioners' motion for a temporary restraining order, Dkt. No. 37, or whether they consent to the motion being resolved on the papers, with oral argument if needed.

    SO ORDERED.

Dated: May 10, 2020
       New York, New York

                                          ALISON J. NATHAN
                                      United States District Judge