USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Milton Barbecho, et al.,

                      Petitioners,

        –v–

Thomas Decker, et al.,

                      Respondents.

20-cv-2821 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Because the parties do not seek an evidentiary hearing on Petitioners' motion for a temporary restraining order, *see* Dkt. No. 47, and oral argument is unnecessary in light of the Court's familiarity with this case, the Court hereby adjourns the hearing currently scheduled for May 11, 2020 at 12 p.m., *see* Dkt. No. 39.

    SO ORDERED.

Dated: May 10, 2020
       New York, New York

                                             _____
                                               ALISON J. NATHAN
                                           United States District Judge