UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Milton Barbecho, *et al.*,

          Petitioners,

          –v–

Thomas Decker, *et al.*,

          Respondents.

20-cv-2821 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' May 15, 2020 joint letter. Dkt. No. 56. The Court hereby adopts Respondents' conditions of release and supervision with the following modifications:

1. The prohibition against associating with "known criminals" is vague and overbroad and thus the Court will not impose it.

2. Respondents may not re-detain Petitioners once any state or locally issued mitigation orders are lifted unless they first seek and obtain permission from the Court to do so.

3. Either party may seek modifications of the conditions of release and supervision, including conditions that apply to re-detention, in light of material changes in circumstances.

    The parties shall submit a proposed order of release in accord with the foregoing by 6 p.m. on May 18, 2020.

    SO ORDERED.

Dated: May 18, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge