UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Milton Barbecho, et al.,

                Petitioners,

      –v–

Thomas Decker, et al.,

                Respondents.

20-cv-2821 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

       The Court hereby ORDERS that the TRO with respect to Petitioners Felipe Diaz Presbot, Oliver de Jesus Garcia Alejo, Fredy Orlando Olaya Lugo, and Jose Molina shall remain in effect until June 12, 2020.

       The Court finds that good cause exists under Rule 65(b)(2) of the Federal Rules of Civil Procedure to extend the TRO for an additional 14 days, because such time will allow the Court to consider the record and because the extension is supported by the reasons stated in the Court's decision granting the TRO.

       SO ORDERED.

Dated:  May 29, 2020
           New York, New York

                                          ALISON J. NATHAN
                                     United States District Judge