UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Milton Barbecho, et al.,

                Petitioners,

–v–

Thomas Decker, et al.,

                Respondents.

20-cv-2821 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Government's April 15, 2020 request for an extension of time to submit proposed conditions of release, Dkt. No. 21, is denied as moot. *See* Dkt. No 23.

    The Government's April 21, 2020 letter motion for leave to file the updated declaration of Steven Ahrendt, Dkt. No. 29, is granted. *See* Dkt. No. 50.

    This resolves Dkt. Nos. 21 & 29.

    SO ORDERED.

Dated: March 30, 2021
       New York, New York

                              _____
                              ALISON J. NATHAN
                              United States District Judge