UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Milton Barbecho, et al.,

                Petitioners,

        –v–

Thomas Decker, et al.,

                Respondents.

20-cv-2821 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are ORDERED to confer and file a joint status letter on or before March 25, 2022, indicating whether any additional relief is being sought in this matter, and if so, a proposal on next steps.

    SO ORDERED.

Dated: March 11, 2022
       New York, New York

                                      _____
                                      ALISON J. NATHAN
                                      United States District Judge